In the Matter of Supplementary Proceedings: EDWIN B. HOPKINS, Respondent, v. GRANADA OIL CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM G. ATHERHOLT, Respondent, v. CENTRAL RAILROAD OF NEW JERSEY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HELEN MULLINS, Respondent, v. BERNARD S. GOTTLIEB and Others, Defendants, Impleaded with ELM ESTATE CORPORATION, Appellant.— Order so far as it denies motion for a bill of particulars as to items 1 and 4 reversed, with ten dollars costs and disbursements, and motion granted as to said items. Bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LENA BERCIK, Appellant, v. CHARLES WELLESLEY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JACOB ALTNEU and PHILIP GOLDSTEIN, Copartners, etc., Respondents, v. SAVIN REALTY CORPORATION and FRED LEDER, Appellants, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the specific facts or matters upon which the examination was sought should have been set forth in the order. (Newman v. Potter, 201 App. Div. 335.) Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FREDA HANDELMAN, Respondent, v. "JOHN" HOROWITZ, First Name, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HELENE J. TITUS v. EDWARD B. HALSTED and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNA TATARINCHIK v. EUGENE LEBWOHL. ALFANASIE TATARINCHIK v. EUGENE LEBWOHL.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of SARAH A. DELMAR, Deceased.— Motion to dismiss appeal denied, with leave to renew if the appeal be not promptly proceeded with. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS MORAN.— Motion to dismiss appeal granted unless appellant procure the record on appeal and appellant's points to be filed on or before March 1, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GIOVANNI CICCOLETTI.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. TONY GULLOPPO.—Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.